# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CONTINENTAL TRANSFERT TECHNIQUE LIMITED,  )<br>)<br>   Appellee,  )<br>)<br>v.  )<br>)<br>FEDERAL GOVERNMENT OF NIGERIA, *et al.* )<br>NIGERIA,  )<br>)<br>   Appellants.  )<br>_____  ) | No. 11-7013<br>(Consolidated with 13-7068 & 13-7074) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Cir. Rule 15(c)(3) and Rule 28(a)(1), Appellants The Federal Government of Nigeria, Attorney General of the Federation, and Minister of the Interior, by counsel, state as follows for their provisional Certificate as to Parties, Rulings and Related Cases.

1. **Parties and Amici**

Appellants are The Federal Government of Nigeria, Attorney General of the Federation, and Minister of the Interior. To date, no parties have filed motions to intervene or participate as *amici* in this matter.

2. **Rulings Under Review**

The rulings under review are (1) the Order granting summary judgment to Plaintiff entered in this action on the 3rd day of August 2011, and (2) the Amended Order and Judgment granted to the plaintiff in this action on the 26th day of March 2013.

3. **Related Cases**

None.

Dated: May 31, 2013                              Respectfully submitted,
                                                 THE FEDERAL GOVERNMENT OF NIGERIA,
                                                 ATTORNEY GENERAL OF THE FEDERATION,
                                                 AND MINISTER OF THE INTERIOR,
                                                 By Counsel

                                                 _____/s/ David Ludwig_____
                                                 David Ludwig, DC Bar #975891
                                                 *DUNLAP*WEAVER PLLC
                                                 199 Liberty Street SW
                                                 Leesburg, VA  20175
                                                 Phone: 703-777-7319
                                                 Fax: 703-777-3656
                                                 dludwig@dunlapweaver.com

                                                 Kenechukwu C. Okoli (*Pro Hac Vice*)
                                                 LAW OFFICES OF K.C. OKOLI, P.C.
                                                 330 Seventh Avenue, 15th Floor
                                                 New York, New York 10001
                                                 Phone: 212-564-8152
                                                 Fax: 212-268-3443

                                                 *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this 31st day of May 2013, a true and correct copy of the foregoing was filed and served via the Court's ECF system on the following:

Shaun M. Gehan
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Phone: (202) 342-8469
Facsimile: (202) 342-8451

Paul F. Doyle
101 Park Avenue
New York, New York 10178
Phone: (212) 808-7800
Facsimile: (212) 808-7897
*Attorneys for Plaintiff Continental Transfert Technique Limited*

/s/ David Ludwig
David Ludwig