# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 11-7103**　　　　　　　　　　　　　　　　　　　　**September Term, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:08-cv-02026-PLF

　　　　　　　　　　　　　　　　　　　　　**Filed On: October 17, 2013** [1461784]

Continental Transfert Technique Limited,

　　　　Appellee

　　v.

Federal Government of Nigeria, et al.,

　　　　Appellants

------------------------------

Consolidated with 13-7068, 13-7074

## O R D E R

　　Upon consideration of appellants' consent motion for extension of time to file brief and appendix, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | November 12, 2013 |
| Appendix | November 12, 2013 |
| Appellees' & Cross-Appellants' Brief | December 12, 2013 |
| Appellants' Reply & Cross-Appellees' Brief | January 13, 2014 |
| Cross-Appellants' Reply Brief | January 27, 2014 |

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk