# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CONTINENTAL TRANSFERT TECHNIQUE LIMITED, ) ) ) Appellee, ) ) v. ) ) FEDERAL GOVERNMENT OF ) NIGERIA, *et al.* ) ) Appellants. ) ) | No. 11-7103 (Consolidated with 13-7068 & 13-7074) |

**CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES**

Pursuant to D.C. Cir. Rule 26(b), Appellants The Federal Government of Nigeria, Attorney General of the Federation, and Minister of the Interior, by counsel, respectfully request a 7-day extension of the deadlines for filing Appellant's Reply & Cross-Appellee Brief in this matter, and a corresponding extension of the other briefing deadlines in this matter. The Appellee consents to the requested extension. The parties submit the following amended briefing schedule for the Court's approval:

    Appellant Reply & Cross-Appellee Brief due 1/21/2014
    Cross-Appellant Reply Brief due 2/10/2014

Dated:  January 9, 2014

        Respectfully submitted,
        THE FEDERAL GOVERNMENT OF NIGERIA,
        ATTORNEY GENERAL OF THE FEDERATION,
        AND MINISTER OF THE INTERIOR,
        By Counsel

        _____*/s/* David Ludwig_____
        David Ludwig, DC Bar #975891
        *DUNLAP*WEAVER PLLC
        211 Church Street SE
        Leesburg, VA  20175
        Phone: 703-777-7319
        Fax: 703-777-3656
        dludwig@dunlapweaver.com

        Kenechukwu C. Okoli (*Pro Hac Vice*)
        LAW OFFICES OF K.C. OKOLI, P.C.
        330 Seventh Avenue, 15th Floor
        New York, New York 10001
        Phone: 212-564-8152
        Fax: 212-268-3443

        *Attorneys for the Appellants*

# **CERTIFICATE OF SERVICE**

I hereby certify that this 9th day of January 2014, a true and correct copy of the foregoing was filed and served via the Court's ECF system on the following:

Shaun M. Gehan
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Phone: (202) 342-8469
Facsimile: (202) 342-8451

Paul F. Doyle
101 Park Avenue
New York, New York 10178
Phone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Appellee*
*Continental Transfert Technique Limited*

                                              /s/ David Ludwig
                                              David Ludwig