# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

| | |
|---|---|
| Continental Transfert Technique Limited | Appeal No. 11-7103 |
| V. | Consolidated Case Nos. |
| Federal Government of Nigeria; Attorney General of the Federation, Minister of the Interior | 13-7068 |
| | 13-7074 |
| (Type caption of lead case only) | |

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to the file bills of costs out of time.

---

## BILL OF COSTS

Comes now __Continental Transfert Technique Ltd.__ (appellant, petitioner, appellee, or respondent), (the) (a) prevailing party in Appeal Nos. __11-7103, 13-7068, 13-7074__, by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

### NAME OF PARTY OR PARTIES

(1) Federal Government of Nigeria

(2) Attorney General of the Federation

(3) Minister of the Interior

(4)

(5)

### APPEAL NO.

11-7103

11-7103

11-7103

(Use per page, per cover or per volume charges where applicable.)

## MAIN BRIEF

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 13 | X | 66 | = | 858 | X | $ 0.57 | = | $ 490.00 |
| **COLOR:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **FRONT COVERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.19 | = | $ 67.50 |
| **BACK COVERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.19 | = | $ 67.50 |
| **FASTENERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.00 | = | $ 65.00 |

AMOUNT $ 690.00

## REPLY BRIEF (if applicable)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 13 | X | 12 | = | 156 | X | $ 1.41 | = | $ 220.01 |
| **COLOR:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **FRONT COVERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.19 | = | $ 67.50 |
| **BACK COVERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.19 | = | $ 67.50 |
| **FASTENERS:** | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 5.00 | = | $ 65.00 |

AMOUNT $ 420.01

## APPENDIX

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **COLOR:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **FRONT COVERS:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **BACK COVERS:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| **FASTENERS:** | | | | | | | | |
|  | X |  | = |  | X |  | = |  |

AMOUNT $

AMOUNT OF SUBTOTALS $ 1,110.01

DOCKETING FEE (if applicable) $

TOTAL COSTS TO BE TAXED $ 1,110.01

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

Joel A. Hankin

Typed Name of Counsel

Signature of Counsel

Kelley Drye & Warren LLP

Counsel's Address

101 Park Avenue, New York, NY 10178

( 212 )  808-7800

Counsel's Telephone Number

## VERIFICATION*

State of New York       )
                        )  SS:
County of New York      )

COMES NOW Joel A. Hankin, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this 29 day of January, 2015.

Notary Public

MARION DAVIDSON STEPHEN
Notary Public, State of New York
No. 01DA4889858
Qualified in Queens County
Commission Expires April 27, 2015

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

## **CERTIFICATE OF SERVICE**

On January 29, 2015, I electronically filed the *Bill of Costs* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties receiving by electronic means.

_____
Joel A. Hankin

NY01/BYROM/1424876.1



# COUNSEL PRESS

## BILL OF COSTS

**CLIENT:** Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**ATTN:** Melissa E. Byroade, Esq.

**RE:** Continental v. Federal Gov't of Nigeria
**INVOICE:** 9046785
**COURT:** COA - DC

| REPLY BRIEF | COPIES | UNITS | COST | TOTAL |
|---|---|---|---|---|
| Cover(s) | | 1 @ | $ 135.00 | $ 135.00 |
| Reproduction | 13 | 12 @ | $ 1.4103 | $ 220.00 |
| Volumes Spiral Bound | | 13 @ | $ 5.00 | $ 65.00 |
| Electronic File Production and Review | | 1 @ | $ 65.00 | $ 65.00 |
| File(s) Uploaded | | 1 @ | $ 35.00 | $ 35.00 |
| Service(s) of Documents | | 1 @ | $ 25.00 | $ 25.00 |
| Filing of Documents | | 1 @ | $ 75.00 | $ 75.00 |
| Express Mail - Filing | | 1 @ | $ 35.00 | $ 35.00 |
| Postage | | 1 @ | $ 2.45 | $ 2.45 |

|  |  |  |
|---|---|---|
| SUB-TOTAL: | | $ 657.45 |
| APPLICABLE SALES TAX: | 8.875% | $ 58.35 |
| TOTAL: | | $ 715.80 |

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)
Boston, MA • Buffalo, NY • Chicago, IL • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Walton, NY • Washington, DC



## COUNSEL PRESS

**BILL OF COSTS**

**CLIENT:** Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**ATTN:** Melissa E. Byroade, Esq.

**RE:** Continental v. Federal Gov't of Nigeria
**INVOICE:** 9045309
**COURT:** COA - DC

| APPELLEE'S BRIEF | COPIES | UNITS | | COST | | TOTAL |
|---|---|---|---|---|---|---|
| Cover(s) | | 1 | @ | $ 135.00 | $ | 135.00 |
| Reproduction | 13 | 66 | @ | $ 0.5711 | $ | 490.00 |
| Volumes Spiral Bound | | 13 | @ | $ 5.00 | $ | 65.00 |
| Electronic File Production and Review | | 1 | @ | $ 65.00 | $ | 65.00 |
| File(s) Uploaded | | 1 | @ | $ 35.00 | $ | 35.00 |
| Service(s) of Documents | | 1 | @ | $ 25.00 | $ | 25.00 |
| Filing of Documents | | 1 | @ | $ 75.00 | $ | 75.00 |
| Express Mail - Service(s) | | 1 | @ | $ 33.00 | $ | 33.00 |
| Express Mail - Filing | | 1 | @ | $ 57.00 | $ | 57.00 |

**SUB-TOTAL:** $ 980.00
**APPLICABLE SALES TAX:** 8.875% $ 86.98

**TOTAL:** $ 1,066.98

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)
Boston, MA • Buffalo, NY • Chicago, IL • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Walton, NY • Washington, DC